

**NUMBER 13-15-00243-CR**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**MICHELE ASSMAN,**                                                                 **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                                                **APPELLEE.**

---

**On appeal from the 105th District Court
of Nueces County, Texas.**

---

# ORDER TO FILE APPELLATE BRIEF

**Before Justices Benavides, Perkes, and Longoria
Order Per Curiam**

This cause is currently before the Court on appellant's fifth motion for extension of time to file the brief. The clerk's record was filed on August 18, 2015, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). Current counsel was appointed on October 19, 2015 and this Court has previously granted

him three extensions of time totaling 124 days to file the brief. The Court ordered the brief to be filed on or before April 5, 2016, and notified counsel that further motions for extension of time would not be granted absent exigent circumstances. Instead of filing the brief, counsel now seeks an additional 60 days, until June 6, 2016 to file the brief.

The Court GRANTS IN PART and DENIES IN PART appellant's fifth motion for extension of time. This motion is GRANTED insofar as the Court will extend appellant's deadline to file his brief until May 2, 2016. This motion is DENIED insofar as the Court will not allow an extension until June 6, 2016. **NO FURTHER EXTENSIONS WILL BE GRANTED.** If counsel fails to file the brief within the foregoing specified period of time, the Court will act appropriately to ensure that appellant's rights are protected. *See id.* R. 38.8(b)(4).

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
14th day of April, 2016.